IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHASSIDY A. AYALA, an individual; Plaintiff, vs. PAYPAL, INC., a Delaware corporation; Defendant. | 8:16CV57 **ORDER** |

This matter is before the Court on the Joint Stipulation and Motion to Continue Final Pretrial Conference and Trial.  (Filing No. 36.)  The motion is granted.

Accordingly,

**IT IS ORDERED:**

1. The Final Pretrial Conference with the assigned magistrate judge is set for August 23, 2017, at 10:00 a.m. in chambers, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2. Trial is set to commence at 1:00 p.m. on September 11, 2017, in Omaha, Nebraska, before the Honorable Joseph F. Bataillon and a jury for three to four days.  Unless otherwise ordered, jury selection shall be at the commencement of trial.

Dated this 7th day of June, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge