IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHASSIDY A. AYALA, an individual; | |
| Plaintiff, | **8:16CV57** |
| v. | |
| PAYPAL, INC., a Delaware corporation; | **JUDGMENT** |
| Defendant. | |

Pursuant to the Memorandum and Order entered this date, this action is dismissed.

Dated this 8th day of June, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge